IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| SAUNDRA EDWARDS | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | CA # 1:2l-cv-73 l (LMB/TCB) |
| | ) | |
| RELIANCE STANDARD LIFE | ) | |
| INSURANCE COMPANY | ) | |
| | ) | |
| **Defendant.** | ) | |

<u>**Joint Notice of Settlement**</u>

The parties advise the Court that they have reached a settlement of this matter and are in the process of circulating release and settlement documents and expect to have a Stipulation of Dismissal to the Court shortly.

WE ASK FOR THIS:

/s/ Benjamin W. Glass, III
_____
Benjamin W. Glass, III, (VSB No. 23152)
Benjamin W. Glass, III & Associates, P.C.
3998 Fair Ridge Drive, Suite 250
Fairfax, Virginia 22033
Telephone: (703) 591-9829
Facsimile: (703) 783-0686
ben@benglasslaw.com
  *Counsel for Plaintiff*

SEEN AND AGREED TO:

Peter M. Moore
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
8444 Westpark Dr., Suite 510
McLean, Virginia 22102
Phone: 703-245-9300
Peter.moore@wilsonelser.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of November 2021, I will electronically file the above referenced document with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to the following:

Peter M. Moore
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
8444 Westpark Dr., Suite 510
McLean, Virginia 22102
Phone: 703-245-9300
Peter.moore@wilsonelser.com
*Counsel for Defendant*

    /s/ Benjamin W. Glass, III
Benjamin W. Glass, III, Esq. (VSB No. 23152)
Benjamin W. Glass & Assoc., PC
3998 Fair Ridge Drive, #250
Fairfax, VA 22033
(703) 591-9829
Ben@BenGlassLaw.com
*Counsel for Plaintiff*