# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
## (Alexandria Division)

| | |
|---|---|
| **SAUNDRA EDWARDS** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CA # 1:21-cv-731 (LMB/TCB) |
| ) | |
| **RELIANCE STANDARD LIFE** ) | |
| **INSURANCE COMPANY** ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon stipulation of Plaintiff Saundra Edwards, by her counsel, and Defendant Reliance Standard Life Insurance Company, by its counsel, and for good cause shown, it is hereby

ORDERED, ADJUDGED, and DECREED that the above matter is dismissed with prejudice.

ENTER: 11 / 16 / 2021

/s/ _____
Leonie M. Brinkema
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November 2021, I will electronically file the above referenced document with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to the following:

Peter M. Moore
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
8444 Westpark Dr., Suite 510
McLean, Virginia 22102
Phone: 703-245-9300
Peter.moore@wilsonelser.com
*Counsel for Defendant*

/s/ Benjamin W. Glass, III
Benjamin W. Glass, III, Esq. (VSB No. 23152)
Benjamin W. Glass & Assoc., PC
3998 Fair Ridge Drive, #250
Fairfax, VA 22033
(703) 591-9829
Ben@BenGlassLaw.com
*Counsel for Plaintiff*